**No. 09-11339. Mohamed Adam Abdelshafi, Petitioner v. United States.**

562 U.S. 874, 131 S. Ct. 182, 178 L. Ed. 2d 108, 2010 U.S. LEXIS 6648.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 592 F.3d 602.